# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY HENDRICKSON, | CASE NO. CV F 12-1695 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 12.) |
| CALIFORNIA STATE UNIVERSITY, FRESNO, | |
| Defendant. / | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   May 9, 2013**                     /s/  Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE